IN THE UNITED STATES COURT OF FEDERAL CLAIMS

```
_____
                               )
MAINE COMMUNITY                )
HEALTH OPTIONS,                )
                               )
        Plaintiff,             )    No. 20-458
                               )
    v.                         )    Filed: November 8, 2021
                               )
THE UNITED STATES,             )
                               )
        Defendant.             )
_____)
```

**ORDER**

On November 4, 2021, pursuant to the Court's Order dated September 21, 2021 (ECF No. 18), the parties filed a Joint Status Report (ECF No. 19) advising the Court of the parties' efforts to coordinate and resolve this matter. The parties inform the Court that they are progressing in potential settlement negotiations and request the stay be continued. *See id.* at 2.

Having considered the proposal, the Court **GRANTS** this request and **ORDERS** that the parties submit, by no later than January 4, 2022, a joint status report proposing further proceedings in this case.

**SO ORDERED**.

Dated: November 8, 2021                         */s/ Kathryn C. Davis*
                                                KATHRYN C. DAVIS
                                                Judge