**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

|  |  |
|---|---|
| MAINE COMMUNITY<br>HEALTH OPTIONS, | ) <br> ) <br> ) <br> ) |
| Plaintiff, | ) |
|  | )    Case No. 20-458C |
| v. | ) |
|  | )    Senior Judge Sweeney |
|  | ) |
| THE UNITED STATES OF AMERICA, | ) |
|  | ) |
| Defendant. | ) |
|  | ) |
|  | ) |
|  | ) |

**JOINT STATUS REPORT**

Pursuant to the Court's November 8, 2021 order (ECF No. 20), the parties respectfully submit this Joint Status Report.  The November 8, 2021 order continued the stay in these proceedings and directed the parties to file a joint status report proposing further proceedings by January 4, 2022.

This case is currently stayed because the Government is working with a number of CSR plaintiffs to determine whether they may efficiently resolve this matter without further litigation or at least streamline these cases.  On November 8, 2021, the Court continued the stay and ordered the parties to file a joint status report on or before January 4, 2022.  ECF No. 20.

The parties request that the Court continue the stay in this case for 60 days to provide more time for the broader discussions about possible approaches to resolving this and other CSR cases.  As the parties reported previously, counsel for a large number of plaintiff health plans shared a proposal with the Government on December 3, 2021.  The Government is reviewing the proposal and consulting with the client agency and its actuaries.  The Government hopes to provide Plaintiff

1

with a substantive response by late January.  Plaintiff here has expressed a willingness to consider

seriously the method, if any, that the Government is able to agree to with the other CSR plaintiffs

for resolving or streamlining the CSR cases.  The complexity of the CSR cases and the number of

interested stakeholders necessitate that the parties be afforded additional time for these efforts.  In

addition, the parties here are discussing with each other and may present to the Court, other options

to partially or fully resolve the remaining claims.  Good cause therefore exists to continue the stay.

Accordingly, the parties jointly request that the Court continue the stay in this case for

60 days, until March 4, 2022, to file the next joint status report in which the parties will update

the Court on the status of their efforts to fully resolve this matter.


Dated:  January 4, 2022                                    Respectfully submitted,

s/  Stephen McBrady                                         BRIAN M. BOYNTON
Stephen McBrady                                             Acting Assistant Attorney General
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW Washington, DC                 PATRICIA M. McCARTHY
20004                                                       Director
Telephone:  (202) 624-2500
Facsimile:  (202) 628-5116                                  s/Claudia Burke
SMcBrady@crowell.com                                        CLAUDIA BURKE
                                                            Assistant Director

                                                            s/ Albert S. Iarossi
                                                            ALBERT S. IAROSSI
                                                            Trial Attorney
                                                            Civil Division
                                                            U.S. Department of Justice
                                                            P.O. Box 480
                                                            Ben Franklin Station
                                                            Washington, D.C. 20044
                                                            Telephone:  (202) 616-3755
                                                            Email:    Albert.S.Iarossi@usdoj.gov

                                                            OF COUNSEL:

                                                            CHRISTOPHER J. CARNEY

OF COUNSEL:
Daniel Wolff
Charles Baek

CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004


*Counsel for Plaintiff*

Senior Litigation Counsel

ERIC E. LAUFGRABEN
Senior Trial Counsel

*Counsel for Defendant*