## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| MAINE COMMUNITY HEALTH OPTIONS, | )<br>)<br>) |
| Plaintiff, | ) No. 20-458C |
| v. | ) Filed: January 7, 2022 |
| THE UNITED STATES, | ) |
| Defendant. | ) |

### **ORDER**

On January 4, 2022, pursuant to the Court's Order dated November 8, 2022 (ECF No. 20), the parties filed a Joint Status Report (ECF No. 21) advising the Court of their efforts to resolve this matter. The parties report that counsel for several plaintiff health plans shared a proposal with the Government on December 3, 2021. The Government is reviewing the proposal and hopes to provide Plaintiff with a substantive response by late January. The parties request the Court continue the stay in this case for 60 days to further these discussions.

Accordingly, having considered the proposal, the Court **GRANTS** the request and **ORDERS** the parties to submit, by no later than March 4, 2022, a joint status report proposing further proceedings in this case.

**SO ORDERED**.

Dated: January 7, 2022

*/s/ Kathryn C. Davis*
KATHRYN C. DAVIS
Judge