## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| MAINE COMMUNITY HEALTH OPTIONS, | ) ) ) |
| Plaintiff, | ) No. 20-458C ) |
| v. | ) Filed: May 9, 2022 ) |
| THE UNITED STATES, | ) ) |
| Defendant. | ) ) ) |

## ORDER

Pursuant to the Court's Minute Order on March 8, 2022, the parties were obligated to file—by no later than May 3, 2022—a joint status report updating the Court on the status of settlement negotiations. The parties filed their Joint Status Report three days late on May 6, 2022. *See* ECF No. 24. The parties neither sought in advance an enlargement of the deadline, nor did they seek leave to file out of time. *See* RCFC 6; RCFC 6.1.

Accordingly, the Court directs the Clerk to **STRIKE** the Joint Status Report (ECF No. 24) as untimely and **ORDERS** the parties to refile their status report with an accompanying motion for leave to file out of time **by no later than Friday, May 13, 2022.**

**SO ORDERED**.

Dated: May 9, 2022

*/s/ Kathryn C. Davis*
KATHRYN C. DAVIS
Judge