**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

_____

|                           |     |                      |
|---------------------------|-----|----------------------|
| MAINE COMMUNITY           | )   |                      |
| HEALTH OPTIONS,           | )   |                      |
|                           | )   |                      |
| Plaintiff,                | )   | No. 20-458C          |
|                           | )   |                      |
| v.                        | )   | Filed: May 13, 2022  |
|                           | )   |                      |
| THE UNITED STATES,        | )   |                      |
|                           | )   |                      |
| Defendant.                | )   |                      |

_____ )

**ORDER**

On May 12, 2022, pursuant to the Court's Order dated May 9, 2022 (ECF No. 25), the parties filed a Joint Status Report (ECF No. 26) out-of-time advising the Court of their continued efforts to resolve this matter. The parties report that the Government provided a substantive response to Plaintiffs' proposed settlement methodology on April 28, 2022. *See* ECF No. 26. Plaintiffs are currently reviewing the proposal, and the parties plan to continue their discussions regarding a potential settlement of the remaining contested claims. *Id.* at 3. The parties request the Court continue the stay in this case through June 6, 2022, to further these discussions. *Id.* at 4.

This is one of several Affordable Care Act ("ACA") cases before the Court in which the parties are exploring the potential of a negotiated settlement of the plaintiffs' cost-sharing reduction ("CSR") claims. *See Blue Care Network of Mich. et al. v. United States*, 20-1000C (filed: Aug. 11, 2020); *Common Ground Healthcare Coop. v. United States*, 17-877C (filed: June 27, 2017); *Cmty. Health Choice, Inc. v. United States*, 18-0005 (filed: Jan 1. 2018); *Me. Cmty. Health Options v. United States*, 17-2057C (filed: Dec. 28, 2017); *Me. Cmty. Health Options v. United States*, 20-458C (filed: Apr. 17, 2020). Each of these cases is stayed pending settlement discussions, with the parties providing periodic joint status reports.

Having considered the parties' status report, the Court **GRANTS** the request to continue the stay.  In the interest of synchronizing the status report deadlines in each of the above-cited cases, the Court **ORDERS** the parties to submit, by no later than July 12, 2022, a joint status report proposing further proceedings in this case.

**SO ORDERED**.

Dated: May 13, 2022                                      _/s/ Kathryn C. Davis_____
                                                        KATHRYN C. DAVIS
                                                        Judge